## UNITED STATES DISTRICT COURT
Eastern  District of  California

JUDGMENT

UNITED STATES OF AMERICA

V.

Case Number: 6:04-mj-00156-WMW

Elizabeth Shilliday

Carol Moses
Defendant's Attorney

THE DEFENDANT:

[X]   Pleaded guilty to counts Two and Three.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 4.23 C (2) | Refusal to Submit Blood Alcohol | Two | 08/21/2004 |
| 36 CFR 2.32 (a)(1) | Interfering with Government Employees | Three | 08/21/2004 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec. Number:
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

Defendant's mailing address:

2128 South Beverly Glen Boulevard
Los Angeles, CA 90025

Defendant's residence address:

Same as above

October 11, 2005
Date of Imposition of Sentence

*[signature]*
Signature of Judicial Officer

William M. Wunderlich
U.S. Magistrate Judge
Name and Title of Judicial Officer

Date:

AO 245S Modified (3/90) Sheet 4 - Probation

*Judgment--Page 2 of 2*

*Defendant:* Elizabeth Shilliday
*Case Number:* 6:04-mj-00156-WMW

## PROBATION

*The defendant is hereby placed on unsupervised probation for a term of 12 months as to Count 2 and Count 3, to run concurrently.*

*While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances. The defendant shall also comply with the standard conditions that have been adopted by this court (set forth below) and shall comply with the following additional conditions:*

1. The defendant shall pay a fine in the amount of $1200, $700 as to Count 2 and $500 as to Count 3. Payment of fine is stayed pending a review hearing on 12/13/05 at 10:00 am. Possible modification of fine shall be determined at the review hearing.

2. The defendant shall participate in an independent drug and alcohol assessment at her own expense. Information from this assessment shall be shared with the Court, U.S. Probation and the Assistant United States Attorney. If the assessment determines there is a need for drug and alcohol counseling, defendant shall be placed on formal probation. The Presentence Investigation Report shall be released to the agency completing the drug and alcohol assessment.

3. The defendant shall complete 20 hours of unpaid community service, and submit proof of completion to the Court. The defendant shall pay fees attendant to participation and placement in this program, not to exceed $75. Community service shall be completed by January 11, 2006.

4. The defendant shall serve two days in the custody of the Bureau of Prisons, with two days credit for time served, pursuant to 18 USC 3563 (b) (10).